UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RODOLFO VELAZQUEZ *aka* JAVIER ALONSO ANGULO MONZON, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent.. | CASE NO.  C06-5284RJB <br> CR02-5823RJB <br><br> MINUTE ORDER RE: <br> Evidentiary Hearing and <br> Prehearing Schedule |

NOW, on this 22nd day of November, 2006, the Court directs the Clerk to enter the following Minute Order:

Pursuant to the Court's Order Granting Evidentiary Hearing (Dkt #14), the Evidentiary Hearing is scheduled for January 26, 2007 at 9:30 a.m.  The prehearing schedule  is as follows:

The parties will confer regarding exchange of discovery and attempt to resolve any disputed matters by 11/27/06;

Discovery motions, if any,  will be filed no later than 11/30/06;

Production of any disputed discovery, if ordered by the Court, will be provided no later 12/4/06;

Motions regarding presentation of evidence and/or witness testimony shall be filed by 1/5/07;

Motions in limine shall be filed no later than 1/19/07;

Exhibit designation/exhibit list filed by 1/19/07; and

Prehearing briefs/memorandums to be filed no later than 1/19/07.

The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J. BRYAN, United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28