# United States District Court

### WESTERN DISTRICT OF WASHINGTON

RODOLFO VELAZQUEZ          JUDGMENT IN A CIVIL CASE

v.                           CASE NUMBER:  C06-55284RJB
                                                    CR02-5823RJB

UNITED STATES OF AMERICA

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      On February 23, 2007, an Evidentiary Hearing was held  before the Court in this matter.  For reasons stated orally on the record, Petitioner has not shown that his claims meet the standard for relief under 28 U.S.C. sec. 2255. The motion to vacate, set aside, or correct his sentence is therefore DENIED.

<u>        February 26, 2007     </u>         <u> BRUCE RIFKIN                   </u>
                                                     Clerk

                                                <u>/s/  Dara  L.  Kaleel                  </u>
                                                By Dara L. Kaleel, Deputy Clerk