# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RODOLFO VELAZQUEZ, | ) NO. C06-5284RJB |
| | ) |
| Petitioner, | ) ORDER TO TRANSPORT |
| | ) FEDERAL PRISONER |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

The Court, having considered Petitioner's *Agreed Motion to Transport Federal Prisoner*, hereby enters the following order:

The United States Marshals Service shall immediately transport federal prisoner Sergio Munoz-Munoz, BOP #32374-086, from the Federal Detention Center in SeaTac, Washington, back to the Taft Correctional Institution in Taft, California.

Dated this 28th day of March, 2007.

Robert J Bryan
United States District Judge